UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA DOCKLER,<br>    Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>    Defendant. | Case No. 18-cv-06752-EDL<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED OR TRANSFERRED**<br><br>Re: Dkt. Nos. 5, 7 |

On November 7, 2018, Plaintiff Debra Dockler filed an application to proceed in forma pauperis on his complaint for judicial review of the Commissioner of Social Security's final decision in his case. On November 8, 2018, the Court ordered Plaintiff to file a brief or declaration establishing that venue was proper by November 19, 2018. Plaintiff did not file a response. On November 29, 2019, the Court issued a second order directing Plaintiff to file a brief regarding venue by December 10, 2018. Plaintiff did not file a response.

Accordingly, Plaintiff is ordered to show cause by January 2, 2019 why this case should not be dismissed or transferred for lack of venue.

**IT IS SO ORDERED.**

Dated: December 11, 2018

*Elijah D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge